JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MOHAMED BELGHASA OM GHARISIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 2:22-cv-07813-RGK (AGRx)<br><br>ORDER<br><br><br>Honorable R. Gary Klausner<br>United States District Judge |

    Pursuant to the Stipulation filed by the parties for a stay of this action and the supporting Declaration of Joshua C. Teets, and for good cause shown, IT IS HEREBY ORDERED that this action is stayed. It is further ordered that the parties will file a status report on or before May 26, 2023, if the case has not been dismissed.

Dated: January 26, 2023

*/s/ Gary Klausner*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1